1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN W. GREEN,                          1:12-cv-01083-MJS-(HC)

12              Petitioner,                     ORDER TRANSFERRING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
13        v.                                    THE CENTRAL DISTRICT OF
                                                CALIFORNIA
14   KAMALA HARRIS,

15              Respondent.

16   _____/

17

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action

19   pursuant to 28 U.S.C. § 2254.

20        On July 5, 2011, Petitioner filed the instant petition with the Court. (Pet., ECF No. 1.)

21   The petition challenges Petitioner's 2007 conviction from the Los Angeles County Superior

22   Court.

23        The federal venue statute requires that a civil action, other than one based on diversity

24   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

25   defendants reside in the same state, (2) a judicial district in which a substantial part of the

26   events or omissions giving rise to the claim occurred, or a substantial part of the property that

27   is the subject of the action is situated, or  (3) a judicial district in which any defendant may be

28   found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  §

                                                -1-

1   1391(b).

2          However, venue for a habeas action is proper in either the district of confinement or the

3   district of conviction.  28 U.S.C. § 2241(d).  The district court for the district wherein such an

4   application is filed in the exercise of its discretion and in furtherance of justice may transfer the

5   application to the other district court for hearing and determination. Id.

6          It is preferable for petitions challenging a conviction or sentence to be heard in the

7   district of conviction while petitions challenging the manner in which the  sentence is being

8   executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249 (9th

9   Cir. 1989).  In this case, Petitioner is challenging the judgment relating to his conviction which

10  occurred in Los Angeles County, California. As Los Angeles County is located in the Central

11  District of California, all of the material events, records, and witnesses are located in that

12  district. In the interest of justice, the petition will be transferred to the United States District

13  Court for the Central District of California. 28 U.S.C. §§ 1404(a) and 2241(d).

14         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

15  States District Court for the Central District of California.

16

17  IT IS SO ORDERED.

18  Dated:    July 14, 2012             /s/ Michael J. Seng
                                          UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

-2-